UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARVIN JAMES TURNER,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA and COUNTY OF CLAY,<br><br>Defendants. | Case No. 25-cv-3996 (LMP/SGE)<br><br><br>**ORDER ADOPTING<br>REPORT AND RECOMMENDATION** |

This matter is before the Court on the November 17, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Shannon G. Elkins which recommends dismissing Plaintiff Marvin James Turner's petition for a writ of habeas corpus for failure to prosecute under Fed. R. Civ. P. 41(b). *See* ECF No. 3. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 3) is **ADOPTED IN FULL**; and

2. The Petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 3, 2025                    *s/Laura M. Provinzino*
                                           Laura M. Provinzino
                                           United States District Judge